UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| KELVIN LANEIL JAMES,<br><br>　　　　　　　　　　　　Plaintiff<br><br>　　v.<br><br>THE STATE OF NEVADA, et al.,<br><br>　　　　　　　　　　　　Defendants | Case No.  2:24-cv-02200-GMN-DJA<br><br>**ORDER** |

On November 25, 2024, pro se plaintiff Kelvin Laneil James, an inmate in the custody of the Nevada Department of Corrections, submitted a complaint under 42 U.S.C. § 1983.[1] (ECF No. 1-1). Plaintiff has neither paid the full $405 filing fee for this matter nor filed an application to proceed *in forma pauperis*. (*See* ECF No. 1).

I.   **DISCUSSION**

The United States District Court for the District of Nevada must collect filing fees from parties initiating civil actions. 28 U.S.C. § 1914(a). As of December 1, 2023, the fee for filing a civil-rights action is $405, which includes the $350 filing fee and the $55 administrative fee. *See* 28 U.S.C. § 1914(b). "Any person who is unable to prepay the fees in a civil case may apply to the court for leave to proceed *in forma pauperis*." Nev. Loc. R. Prac. LSR 1-1. For an inmate to apply for *in forma pauperis* status, the inmate must submit **all three** of the following documents to the Court: (1) a completed **Application to Proceed *in Forma Pauperis* for Inmate**, which is pages 1–3 of the Court's approved form, that is properly signed by the inmate twice on page 3; (2) a completed **Financial Certificate**, which is page 4 of the Court's approved form, that is

---

[1] The Court notes that Plaintiff's complaint lists his address as High Desert State Prison, but this case was initially opened with his address listed as Ely State Prison. As a result, the Court's advisory letter came back as undeliverable. (ECF No. 4). Plaintiff's address has been updated to High Desert State Prison, and the Court will direct the Clerk of the Court to resend its advisory letter. The Court notes that Plaintiff must immediately notify the Court if his address changes in the future.

properly signed by both the inmate and a prison or jail official; and (3) a copy of the **inmate's prison or jail trust fund account statement for the previous six-month period**. *See* 28 U.S.C. § 1915(a)(1)–(2); Nev. Loc. R. Prac. LSR 1-2. *In forma pauperis* status does not relieve an inmate of his or her obligation to pay the filing fee, it just means that the inmate can pay the fee in installments. *See* 28 U.S.C. § 1915(b).

## II.   CONCLUSION

It is therefore ordered that Plaintiff has **until February 4, 2025**, to either pay the full $405 filing fee or file a fully complete application to proceed *in forma pauperis* with all three required documents: (1) a completed application with the inmate's two signatures on page 3, (2) a completed financial certificate that is signed both by the inmate and the prison or jail official, and (3) a copy of the inmate's trust fund account statement for the previous six-month period.

Plaintiff is cautioned that this action will be subject to dismissal without prejudice if Plaintiff fails to timely comply with this order. A dismissal without prejudice allows Plaintiff to refile the case with the Court, under a new case number, when Plaintiff can file a complete application to proceed *in forma pauperis* or pay the required filing fee.

The Clerk of the Court is directed to send Plaintiff Kelvin Laneil James the approved form application to proceed *in forma pauperis* for an inmate and instructions for the same and retain the complaint (ECF No. 1-1) but not file it at this time.

The Clerk of the Court is also directed to resend the Court's advisory letter (ECF No. 3).

DATED THIS 10th day of December 2024.

_____
UNITED STATES MAGISTRATE JUDGE