UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| KELVIN LANEIL JAMES,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>THE STATE OF NEVADA, et al.,<br><br>　　　　Defendants. | Case No.: 2:24-cv-02200-GMN-DJA<br><br>**ORDER** |

**I.　DISCUSSION**

On May 2, 2025, the Court issued an Order denying Plaintiff's Motions to Enforce a Court Order, explaining that Plaintiff still needed to file a complete application to proceed *in forma pauperis*, and directing Plaintiff to file a complete application to proceed *in forma pauperis* by June 2, 2025. (ECF No. 16). That Order came back as undeliverable, with a note that Plaintiff was at the hospital. (ECF No. 17). Therefore, the Court will direct the Clerk of the Court to resend the Court's previous Order to Plaintiff and extend the deadline for Plaintiff to file a complete application to proceed *in forma pauperis* to **July 25, 2025**.

**II.　CONCLUSION**

It is therefore ordered that the Clerk of the Court is directed to resend Plaintiff the Court's May 2, 2025, Order (ECF No. 16).

It is further ordered that the Court extends the deadline for Plaintiff to file a complete application to proceed *in forma pauperis* to **July 25, 2025**.

DATED THIS 11th day of June 2025.

_____
UNITED STATES MAGISTRATE JUDGE